AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2026

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| STATE OF WASHINGTON, | ) |
| *Defendant* | |

Civil Action No.   26-cv-5102-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Pursuant to the order filed at (ECF No. 5)  judgment is entered without prejudice.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge     Edward F. Shea _____

Date:  July 6th, 2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*